IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARD O'QUINN** | Civil Action No. 1:10-cv-2361 |
| Plaintiff | |
| vs. | |
| **RECOVERY PARTNERS, LLC** | |
| Defendant | |

## ORDER

**AND NOW**, this _____ day of _____, 2011, it is hereby **ORDERED AND DECREED,** that a default judgment is entered against Defendant, RECOVERY PARTNERS, LLC in the amount of $5,868.75 for failure to plead or otherwise defend the complaint in this action.

BY THE COURT:

_____
U.S.D.J.