AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| WARD O'QUINN ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   1:10-CV-2361 |
| RECOVERY PARTNERS ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

X **the plaintiff** Ward O'Quinn recover from the defendant *(name)* Recovery Partners the amount of Three thousand eight hundred forty one dollars and twenty-five cents dollars ($  $3841.25  ),

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: consisting of Costs in the amount of $416.25, Statutory Damages in the amount of $500.00 and Attorneys Fees in the amount of $2,925.00.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Yvette Kane   on a motion for Default Judgment

Date:   Jul 21, 2011        *CLERK OF COURT*   MARY E. D'ANDREA

s/ Shawna L. Cihak

*Signature of Clerk or Deputy Clerk*